[No. 31719-6-III. Division Three. July 23, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY MICHAEL HOEFLER, *Appellant*.

 by unpublished opinion per Lawrence-Berrey, J., concurred in by Brown, A.C.J., and Korsmo, J.

[No. 31754-4-III. Division Three. July 23, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. LONNIE L. BLACK, *Appellant*.

 by unpublished opinion per Lawrence-Berrey, J., concurred in by Siddoway, C.J., and Brown, J.

[Nos. 32083-9-III; 32276-9-III. Division Three. July 23, 2015.]

WILLIAM LOHMAN, *Appellant*, v. MELCHER MANUFACTURING, INC., ET AL., *Respondents*.

 by unpublished opinion per Korsmo, J., concurred in by Siddoway, C.J., and Brown, J.